# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JIMMY LITTLE, ADC #122430                                                    PLAINTIFF

v.                                    No. 4:12CV00503 JLH/JTR

EDWARDS, Captain,
White County Jail, *et al*.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, plaintiff may proceed with his inadequate medical care claim against defendants Edwards, Smith, Sanchez, and Robinson, in their individual capacities only.

2. Plaintiff's claim against defendant White County Jail is dismissed with prejudice.

3. All other claims and defendants are dismissed without prejudice for failure to state a claim upon which relief may be granted.

4. The Clerk is directed to prepare a summons for defendants Edwards, Smith, Sanchez, and Robinson, and the U.S. Marshal is directed to serve the summons, substituted complaint, and this order on them without prepayment of fees and costs or security therefor.[1]

---

[1] If any of the defendants are no longer employees, the individual responding to service must file the unserved defendant's last known private mailing address **under seal**.

5.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 9th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE